**Order entered August 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01101-CV

## IN RE CARLISLE COATINGS & WATERPROOFING, INC., Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02576-2014**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for temporary relief and stay. We **ORDER** relator to bear

the costs of this original proceeding.


/s/       DAVID L. BRIDGES
          JUSTICE